UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 21-17083

**Case Name** | United States v. Jeffrey Page

Hearing Location (*city*) | Phoenix

Your Name | Isaac B. Rosenberg

List the sitting dates for the three sitting months you were asked to review:

September 11-15, 2023; October 16-20, 2023; November 6-9, 2023

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 16-20, 2023. My spouse will be on long-scheduled business travel that week, and I will need to remain home to watch our young children.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Isaac B. Rosenberg    **Date** | May 24, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**    New 12/01/2018